David A. Carroll, Esq. (Nevada Bar No. 7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (Nevada Bar No. 10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (Nevada Bar No. 12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

Joshua Glasgow, Esq. (*pro hac vice*)
jglasgow@phillipslytle.com
John T. Murray, Esq. (*pro hac vice*)
jmurray@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203-2887
Telephone: (716) 847-8400
Facsimile: (716) 852-6100

*Attorneys for Defendant Kevin Hanson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

OTIS WORLDWIDE CORPORATION,

Plaintiff,

vs.

KEVIN HANSON,

Defendant.

Case No. 2:26-cv-01662-GMN-BNW

**STIPULATION AND [*PROPOSED*] ORDER TO EXTEND TIME AND ENTER BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT (ECF NO. 26)**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, Kevin Hanson ("Hanson") and Otis Worldwide Corporation ("Otis"), by and through their undersigned counsel, hereby stipulate and agree to extend Hanson's time to respond and set a briefing schedule on Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 26). The current response deadline is November 11, 2026. This is the first request for an extension of time regarding this deadline.

Subject to the Court's approval, the Parties agree that Hanson shall have up to and including

November 18, 2026 to file an opposition, and Otis shall have up to and including November 25, 2026 to file a reply brief.

There is good cause to grant this additional time. The requested seven-day extension for Hanson to file an opposition will allow Hanson sufficient time to evaluate and meaningfully respond to Otis's Motion for Leave to File First Amended Complaint (ECF No. 26), and the Parties have agreed to the proposed schedule. This request is made before the current response deadline has expired, it is the Parties' first request for an extension on this motion, and no party will be prejudiced by the brief extension.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED: November 5, 2026

/s/ Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB # 7643)
Anthony J. DiRaimondo, Esq. (NSB # 10875)
Robert E. Opdyke, Esq. (NSB # 12841)
**RICE REUTHER SULLIVAN & CARROLL LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099

-and-

Joshua Glasgow, Esq. (*pro hac vice*)
John T. Murray, Esq. (*pro hac vice*)
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, NY 14203-2887

*Attorneys for Defendant Kevin Hanson*

Date: November 5, 2026

/s/ Jennifer R. Brooks
Daniel P. Hart, Esq. (*pro hac vice*)
Mitchell A. Robinson, Esq. (*pro hac vice*)
**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Jennifer R. Brooks, Esq.
**SEYFARTH SHAW LLP**
2323 Ross Avenue
Suite 1660
Dallas, TX 75201
Telephone: (469) 608-6730
Facsimile: (469) 608-6700

-and-

Nathanael R. Rulis, Esq. (NSB #11259)
Francesca M. Bergeret-Simpson, Esq. (NSB #16499)
**KEMP JONES, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiff Otis Worldwide Corporation*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**
**Dated:** November 6, 2026