Jennifer R. Brooks
Nevada Bar No. 14480
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730
Email: jrbrooks@seyfarth.com

Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
Francesca M. Bergeret-Simpson, Esq.
Nevada Bar No. 16499
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
Email: n.rulis@kempjones.com
f.bergeret-simpson@kempjones.com

Daniel Hart (*pro hac vice* forthcoming)
Mitch Robinson (*pro hac vice* forthcoming)
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: dhart@seyfarth.com
mrobinson@seyfarth.com

*Counsel for Plaintiff*
*Otis Worldwide Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| OTIS WORLDWIDE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN HANSON,<br><br>Defendant. | Case No.: 2:26-cv-01662<br><br>**STIPULATION AND *[PROPOSED]* ORDER TO EXTEND PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO OTIS'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to LR IA 6-1, Otis Worldwide Corporation ("Otis") and Kevin Hanson ("Hanson"), by and through their undersigned counsel, hereby stipulate and agree to extend Otis's time to reply to Hanson's Response in Opposition to Otis's Motion for Leave to File First Amended Complaint (ECF No. 29). The current reply deadline is November 24, 2026.

Subject to the Court's approval, the Parties agree that Otis shall have up to and including December 1,2026 to file a reply brief.

There is good cause to grant this additional time. The requested seven-day extension for Otis to file its reply will allow Otis sufficient time to evaluate and meaningfully respond to Hanson's response in opposition (ECF No. 29), and the Parties have agreed to the proposed extension in light of the upcoming Thanksgiving holiday. This request is made before the current deadline has expired. No party will be prejudiced by the brief extension.

Good cause exists to grant this stipulation and it is submitted in good faith, is not interposed for delay, and is not filed for an improper purpose.

Dated: November 18, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jennifer R. Brooks*

Daniel P. Hart *(pro hac vice)*
Mitchell A. Robinson *(pro hac vice)*
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Tel: (404) 885-1500

Jennifer R. Brooks (NSB No. 14480)
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730

-and-

Nathanael R. Rulis. (NSB#11259)
Francesca M. Bergeret-Simpson (NSB #16499)
KEMP JONES, LLP
3800 Howard Huges Parkway, 17th Floor
Las Vegas, Nevada 89169

*Counsel for Plaintiff*
*Otis Worldwide Corporation*

Dated: November 18, 2026

Respectfully submitted,

RICE REUTHER SULLIVAN & CARROLL LLP

By: */s/ Anthony J. DiRaimondo*

David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo (NSB #10875)
Robert E. Opdyke (NSB #12841)
RICE REUTHER SULLIVAN & CARROLL LLP
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Tel: (702) 732-9099

-and-

Joshua Glasgow (pro hac vice)
John T. Murray (pro hac vice)
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York 14203-2887

*Counsel for Defendant Kevin Hanson*

**IT IS SO ORDERED.**

______________________________
**UNITED STATES MAGISTRATE JUDGE**

**Dated: November 19, 2026**